**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Oleg Rudman                               CHAPTER 13
      Roza Kalish

          Debtor(s)                           BKY. NO. 23-11955 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                      Respectfully submitted,

                /s/ *Mark A. Cronin*
                Mark Cronin
                11 Jul 2023, 11:48:52, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322