# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  OLEG RUDMAN | : | CHAPTER 13 |
| ROZA KALISH | : | |
| Debtors | : | NO. 23-11955 |

## ORDER

AND NOW, this 17th day of July, 2023, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an extension to **July 30, 2023** in which to file the Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and two months' income information.

_____ J.
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge