United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-11955-mdc |
|---|---|
| Oleg Rudman | Chapter 13 |
| Roza Kalish | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 309I | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Oleg Rudman, Roza Kalish, 544 Pebble Ridge Court, Langhorne, PA 19053-1936 |
| 14795750 | + | InfiBank/First Nation Bank Omaha, Attn: Bankruptcy, Po Box 2490, Omaha, NE 68103-2490 |
| 14795751 | + | InfiBank/First Nation Bank Omaha, P.o. Box 3412, Omaha, NE 68197-0001 |
| 14795759 | | Raymour & Flanigan, Td Rcs, Columbia, SC 29202 |
| 14795774 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: support@ymalaw.com | Jul 27 2023 23:34:00 | PAUL H. YOUNG, Young, Marr, Mallis & Deane, LLC, 3554 Hulmeville Rd., Ste 102, Bensalem, PA 19020 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Jul 27 2023 23:34:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2023 23:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 28 2023 03:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2023 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 27 2023 23:35:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14795715 | + | EDI: GMACFS.COM | Jul 28 2023 03:35:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14795716 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 23:50:43 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14795717 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 23:50:37 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14795718 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 23:50:43 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14795719 | + | EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Amex/Bankruptcy, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14795721 | + | EDI: BANKAMER.COM | Jul 28 2023 03:35:00 | Bank of America, Po Box 982238, El Paso, TX |

District/off: 0313-2                             User: admin                                       Page 2 of 5

Date Rcvd: Jul 27, 2023                          Form ID: 309I                                     Total Noticed: 70

|  |  |  |  |
|---|---|---|---|
|  |  |  | 79998-2238 |
| 14795720 | + EDI: BANKAMER.COM | Jul 28 2023 03:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14795722 | + EDI: TSYS2 | Jul 28 2023 03:35:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14795723 | + EDI: TSYS2 | Jul 28 2023 03:35:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14795725 | + EDI: CAPITALONE.COM | Jul 28 2023 03:35:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14795724 | + EDI: CAPITALONE.COM | Jul 28 2023 03:35:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14796290 | + Email/Text: bankruptcy@cavps.com | Jul 27 2023 23:35:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14795726 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14795727 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14795732 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14795731 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14795734 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14795733 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14795736 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14795735 | EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14801268 | EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14795737 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14795738 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14795740 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14795739 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14795741 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 27 2023 23:34:00 | Citizensone, One Citizens Bank Way, Johnston, RI 02919-1922 |
| 14795745 | + EDI: WFNNB.COM | Jul 28 2023 03:35:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14795744 | + EDI: WFNNB.COM | Jul 28 2023 03:35:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14795742 | + EDI: WFNNB.COM | Jul 28 2023 03:35:00 | Comenity Bank/tyrdvisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14795743 | + EDI: WFNNB.COM | Jul 28 2023 03:35:00 | Comenity Bank/tyrdvisa, Po Box 182120, Columbus, OH 43218-2120 |
| 14795746 | + EDI: CITICORP.COM | Jul 28 2023 03:35:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, |

District/off: 0313-2                          User: admin                                        Page 3 of 5
Date Rcvd: Jul 27, 2023                    Form ID: 309I                                   Total Noticed: 70

|  |  |  | Sioux Falls, SD 57117-6500 |
|---|---|---|---|
| 14795747 | + | EDI: CITICORP.COM | |
|  |  | Jul 28 2023 03:35:00 | Costco Citi Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14795752 | + | EDI: CITICORP.COM | |
|  |  | Jul 28 2023 03:35:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14795748 | | Email/Text: collecadminbankruptcy@fnni.com | |
|  |  | Jul 27 2023 23:35:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14795749 | | Email/Text: collecadminbankruptcy@fnni.com | |
|  |  | Jul 27 2023 23:35:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 14795728 | | EDI: JPMORGANCHASE | |
|  |  | Jul 28 2023 03:35:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14795729 | | EDI: JPMORGANCHASE | |
|  |  | Jul 28 2023 03:35:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14795730 | | EDI: JPMORGANCHASE | |
|  |  | Jul 28 2023 03:35:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14800546 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | |
|  |  | Jul 27 2023 23:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14795753 | + | EDI: CITICORP.COM | |
|  |  | Jul 28 2023 03:35:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14795755 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
|  |  | Jul 27 2023 23:34:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 14795754 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
|  |  | Jul 27 2023 23:34:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14795756 | + | Email/Text: bnc@nordstrom.com | |
|  |  | Jul 27 2023 23:35:55 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14795757 | + | Email/Text: bnc@nordstrom.com | |
|  |  | Jul 27 2023 23:35:53 | Nordstrom Signature Visa, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 14795758 | ^ | MEBN | |
|  |  | Jul 27 2023 23:33:08 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14795760 | + | Email/Text: enotifications@santanderconsumerusa.com | |
|  |  | Jul 27 2023 23:35:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14795761 | + | Email/Text: enotifications@santanderconsumerusa.com | |
|  |  | Jul 27 2023 23:35:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 14799662 | + | Email/Text: enotifications@santanderconsumerusa.com | |
|  |  | Jul 27 2023 23:35:00 | Santander Consumer USA, Inc., an Illinois corporation, d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14795762 | + | EDI: RMSC.COM | |
|  |  | Jul 28 2023 03:35:00 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14795763 | + | EDI: RMSC.COM | |
|  |  | Jul 28 2023 03:35:00 | Syncb/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14795764 | + | EDI: RMSC.COM | |
|  |  | Jul 28 2023 03:35:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14795765 | + | EDI: RMSC.COM | |
|  |  | Jul 28 2023 03:35:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14795766 | + | EDI: RMSC.COM | |
|  |  | Jul 28 2023 03:35:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14795767 | + | EDI: RMSC.COM | |
|  |  | Jul 28 2023 03:35:00 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14795769 | + | EDI: RMSC.COM | |
|  |  | Jul 28 2023 03:35:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 309I | Total Noticed: 70 |

| 14795768 | + EDI: RMSC.COM | | |
|---|---|---|---|
| | | Jul 28 2023 03:35:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14795771 | + EDI: WTRRNBANK.COM | | |
| | | Jul 28 2023 03:35:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14795770 | + EDI: WTRRNBANK.COM | | |
| | | Jul 28 2023 03:35:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14795772 | + EDI: WTRRNBANK.COM | | |
| | | Jul 28 2023 03:35:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14795773 | + EDI: WTRRNBANK.COM | | |
| | | Jul 28 2023 03:35:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 66

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| 14800547 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Roza Kalish support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Oleg Rudman support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                        User: admin                                    Page 5 of 5

Date Rcvd: Jul 27, 2023                     Form ID: 309I                          Total Noticed: 70

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Oleg Rudman<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–1680<br>EIN:  _ _−_ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Roza Kalish<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–0811<br>EIN:  _ _−_ _ _ _ _ _ |
| United States Bankruptcy Court:  Eastern District of Pennsylvania | | Date case filed for chapter:          13       6/30/23 |
| Case number:   23–11955–mdc | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Oleg Rudman | Roza Kalish |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 544 Pebble Ridge Court<br>Langhorne, PA 19053 | 544 Pebble Ridge Court<br>Langhorne, PA 19053 |
| 4. | **Debtor's attorney**<br>Name and address | PAUL H. YOUNG<br>Young, Marr, Mallis & Deane, LLC<br>3554 Hulmeville Rd.<br>Ste 102<br>Bensalem, PA 19020 | Contact phone 215–639–5297<br><br>Email:  support@ymalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br><br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 7/27/23 |

**For more information, see page 2**

Debtor **Oleg Rudman** and **Roza Kalish**                                     Case number **23–11955–mdc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 20, 2023 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 11/20/23**<br><br><br><br><br><br><br><br><br>**Filing deadline: 9/8/23**<br><br>**Filing deadline: 12/27/23**<br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $822.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/5/23** at **09:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 2