## Pay Summary: 2023 - 27 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | |
|---|---|
| AHS Elder Care, LLC | |
| Roza Kalish<br>170 Richmond Hill Rd<br>Unit A<br>STATEN ISLAND, NY 10314 | |

| | | | | |
|---|---|---|---|---|
| **Period Beginning Date** 6/24/2023 | **Pay Date** 7/7/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| **Period Ending Date** 6/30/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00270323 | |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | **$ 878.75** |
| Regular | Rate: 18.5000 | | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | | Hours: 5.00 | $ 138.75 |
| **Taxes** | | | | **$ 206.03** |
| Federal Income Tax | | | | $ 69.26 |
| Social Security | | | | $ 54.48 |
| Medicare | | | | $ 12.74 |
| State Worked In: New York | Code: NY | | | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | | | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | | $ 27.59 |
| Family Leave Insurance | | | | $ 4.01 |
| **Deductions** | | | | **$ 0.00** |
| **Take Home** | | | | **$ 672.72** |
| CHECKING | | | | $ 672.72 |

### Other Details

#### Memos

| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 8.13 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: 2023 - 26 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | |
|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 6/17/2023 | **Pay Date** 6/30/2023 | **Co.** 7LU | **Clock** |
| Roza Kalish<br>170 Richmond Hill Rd<br>Unit A<br>STATEN ISLAND, NY 10314 | **Period Ending Date** 6/23/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00260323 |

**Home Dept** 000100

### Gross Pay — $ 878.75
| | | | |
|---|---|---|---|
| Regular | Rate: 18.5000 | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | Hours: 5.00 | $ 138.75 |

### Taxes — $ 206.03
| | | |
|---|---|---|
| Federal Income Tax | | $ 69.26 |
| Social Security | | $ 54.48 |
| Medicare | | $ 12.74 |
| State Worked In: New York | Code: NY | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | $ 27.59 |
| Family Leave Insurance | | $ 4.01 |

### Deductions — $ 0.00

### Take Home — $ 672.72
| | |
|---|---|
| CHECKING | $ 672.72 |

### Other Details

#### Memos
| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 6.80 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: 2023 - 25 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

**AHS Elder Care, LLC**

Roza Kalish
170 Richmond Hill Rd
Unit A
STATEN ISLAND, NY 10314

| Field | Value |
|---|---|
| Period Beginning Date | 6/10/2023 |
| Period Ending Date | 6/16/2023 |
| Pay Date | 6/23/2023 |
| WGPS Advance Pay Date | |
| Co. | 7LU |
| File # | 014904 |
| Clock | |
| Number | 00250328 |
| Home Dept | 000100 |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | **$ 878.75** |
| Regular | Rate: 18.5000 | | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | | Hours: 5.00 | $ 138.75 |
| **Taxes** | | | | **$ 206.05** |
| Federal Income Tax | | | | $ 69.26 |
| Social Security | | | | $ 54.49 |
| Medicare | | | | $ 12.75 |
| State Worked In: New York | Code: NY | | | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | | | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | | $ 27.59 |
| Family Leave Insurance | | | | $ 4.01 |
| **Deductions** | | | | **$ 0.00** |
| **Take Home** | | | | **$ 672.70** |
| CHECKING | | | | $ 672.70 |

### Other Details

**Memos**

| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 5.47 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: 2023 - 24 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

**AHS Elder Care, LLC**

Roza Kalish
170 Richmond Hill Rd
Unit A
STATEN ISLAND, NY 10314

| | |
|---|---|
| Period Beginning Date | 6/3/2023 |
| Pay Date | 6/16/2023 |
| Period Ending Date | 6/9/2023 |
| WGPS Advance Pay Date | |
| Co. | 7LU |
| Clock | |
| Home Dept | 000100 |
| File # | 014904 |
| Number | 00240328 |

### Gross Pay — $ 878.75
| | | | |
|---|---|---|---|
| Regular | Rate: 18.5000 | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | Hours: 5.00 | $ 138.75 |

### Taxes — $ 206.03
| | | |
|---|---|---|
| Federal Income Tax | | $ 69.26 |
| Social Security | | $ 54.48 |
| Medicare | | $ 12.74 |
| State Worked In: New York | Code: NY | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | $ 27.59 |
| Family Leave Insurance | | $ 4.01 |

### Deductions — $ 0.00

### Take Home — $ 672.72
| | |
|---|---|
| CHECKING | $ 672.72 |

## Other Details

### Memos
| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 4.13 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: 2023 - 23 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

**AHS Elder Care, LLC**

Roza Kalish
170 Richmond Hill Rd
Unit A
STATEN ISLAND, NY 10314

| Field | Value |
|---|---|
| Period Beginning Date | 5/27/2023 |
| Period Ending Date | 6/2/2023 |
| Pay Date | 6/9/2023 |
| WGPS Advance Pay Date | |
| Co. | 7LU |
| File # | 014904 |
| Clock Number | 00230329 |
| Home Dept | 000100 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 878.75** |
| Regular | Rate: 18.5000 | Hours: 31.00 | $ 573.50 |
| Overtime | Rate: 27.7500 | Hours: 5.00 | $ 138.75 |
| HOL (field 3) | Rate: 18.5000 | Hours: 9.00 | $ 166.50 |
| **Taxes** | | | **$ 206.03** |
| Federal Income Tax | | | $ 69.26 |
| Social Security | | | $ 54.48 |
| Medicare | | | $ 12.74 |
| State Worked In: New York | Code: NY | | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | $ 27.59 |
| Family Leave Insurance | | | $ 4.01 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 672.72** |
| CHECKING | | | $ 672.72 |

### Other Details

**Memos**

| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 2.80 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: 2023 - 22 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

*Roza pay stub*

| | | |
|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 5/20/2023 | **Pay Date** 6/2/2023 |
| Roza Kalish<br>170 Richmond Hill Rd<br>Unit A<br>STATEN ISLAND, NY 10314 | **Period Ending Date** 5/26/2023 | **WGPS Advance Pay Date** |

| **Co.** | **Clock** | **Home Dept** |
|---|---|---|
| 7LU | | 000100 |
| **File #** 014904 | **Number** 00220335 | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 425.50** |
| P.T.O. (field 3) | Rate: 18.5000 | Hours: 23.00 | $ 425.50 |
| **Taxes** | | | **$ 44.91** |
| Social Security | | | $ 26.38 |
| Medicare | | | $ 6.17 |
| State Worked In: New York | Code: NY | | $ 5.64 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | $ 4.78 |
| Family Leave Insurance | | | $ 1.94 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 380.59** |
| CHECKING | | | $ 380.59 |

### Other Details

| | |
|---|---|
| Memos | |
| 401(A) WAGES | 425.50 |
| 401(A) HOURS | 23.00 |
| MT | 1.45 |

## Pay Summary: 2023 - 22 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

**AHS Elder Care, LLC**

Roza Kalish
170 Richmond Hill Rd
Unit A
STATEN ISLAND, NY 10314

| | |
|---|---|
| Period Beginning Date | 5/20/2023 |
| Pay Date | 6/2/2023 |
| Period Ending Date | 5/26/2023 |
| WGPS Advance Pay Date | |
| Co. | 7LU |
| Clock | |
| File # | 014904 |
| Number | 00220334 |
| Home Dept | 000100 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 333.00** |
| Regular | Rate: 18.5000 | Hours: 18.00 | $ 333.00 |
| **Taxes** | | | **$ 47.84** |
| Federal Income Tax | | | $ 6.67 |
| Social Security | | | $ 20.65 |
| Medicare | | | $ 4.83 |
| State Worked In: New York | Code: NY | | $ 7.77 |
| SUI/SDI: New York (Taxing) | Code: 19 | | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | $ 5.80 |
| Family Leave Insurance | | | $ 1.52 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 285.16** |
| CHECKING | | | $ 285.16 |

### Other Details

**Memos**

| | |
|---|---|
| 401(A) WAGES | 333.00 |
| 401(A) HOURS | 18.00 |
| MT | 1.14 |
| PTO BALANCE | 1.47 |
| WP PTO | 11.10 |
| WP-ADD UNIVERS | 35.46 |

## Pay Summary: 2023 - 21 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 5/13/2023 | **Pay Date** 5/26/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish<br>170 Richmond Hill Rd<br>Unit A<br>STATEN ISLAND, NY 10314 | **Period Ending Date** 5/19/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00210328 | **Worked In Cost Number** 05152023 CDP-962 5875040 |

### Gross Pay — $ 166.50
- Regular — Rate: 18.5000 — Hours: 9.00 — $ 166.50

### Taxes — $ 16.50
- Social Security — $ 10.32
- Medicare — $ 2.41
- State Worked In: New York — Code: NY — $ 0.97
- SUI/SDI: New York (Taxing) — Code: 19 — $ 0.60
- Locality Lived In: NEW YORK CITY — Code: 3301 — $ 1.44
- Family Leave Insurance — $ 0.76

### Deductions — $ 0.00

### Take Home — $ 150.00
- CHECKING — $ 150.00

## Other Details

### Memos
- 401(A) WAGES — 166.50
- 401(A) HOURS — 9.00
- MT — 0.57
- PTO BALANCE — 23.87
- WP PTO — 5.55
- WP-ADD UNIVERS — 17.73

## Pay Summary: 2023 - 20 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

**AHS Elder Care, LLC**

Roza Kalish
170 Richmond Hill Rd
Unit A
STATEN ISLAND, NY 10314

| | |
|---|---|
| Period Beginning Date | 5/6/2023 |
| Pay Date | 5/19/2023 |
| Period Ending Date | 5/12/2023 |
| WGPS Advance Pay Date | |
| Co. | 7LU |
| Clock | |
| File # | 014904 |
| Number | 00200324 |
| Home Dept | 000100 |

### Gross Pay — $ 878.75

| Type | Rate | Hours | Amount |
|---|---|---|---|
| Regular | 18.5000 | 40.00 | $ 740.00 |
| Overtime | 27.7500 | 5.00 | $ 138.75 |

### Taxes — $ 206.03

| | Amount |
|---|---|
| Federal Income Tax | $ 69.26 |
| Social Security | $ 54.48 |
| Medicare | $ 12.74 |
| State Worked In: New York — Code: NY | $ 37.35 |
| SUI/SDI: New York (Taxing) — Code: 19 | $ 0.60 |
| Locality Lived In: NEW YORK CITY — Code: 3301 | $ 27.59 |
| Family Leave Insurance | $ 4.01 |

### Deductions — $ 0.00

### Take Home — $ 672.72

| | Amount |
|---|---|
| CHECKING | $ 672.72 |

### Other Details

**Memos**

| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 23.57 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: 2023 - 19 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/29/2023 | **Pay Date** 5/12/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish<br>170 Richmond Hill Rd<br>Unit A<br>STATEN ISLAND, NY 10314 | **Period Ending Date** 5/5/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00190319 | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 573.50** |
| P.T.O. (field 3) | Rate: 18.5000 | Hours: 31.00 | $ 573.50 |
| **Taxes** | | | **$ 70.72** |
| Federal Income Tax | | | $ 4.08 |
| Social Security | | | $ 35.56 |
| Medicare | | | $ 8.32 |
| State Worked In: New York | Code: NY | | $ 11.56 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | $ 8.59 |
| Family Leave Insurance | | | $ 2.61 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 502.78** |
| CHECKING | | | $ 502.78 |

### Other Details

Memos

| | |
|---|---|
| 401(A) WAGES | 573.50 |
| 401(A) HOURS | 31.00 |
| MT | 1.95 |

## Pay Summary: 2023 - 19 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/29/2023 | **Pay Date** 5/12/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish 170 Richmond Hill Rd Unit A STATEN ISLAND, NY 10314 | **Period Ending Date** 5/5/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00190318 | |

### Gross Pay — $ 878.75
| | | | |
|---|---|---|---|
| Regular | Rate: 18.5000 | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | Hours: 5.00 | $ 138.75 |

### Taxes — $ 206.03
| | | |
|---|---|---|
| Federal Income Tax | | $ 69.26 |
| Social Security | | $ 54.48 |
| Medicare | | $ 12.74 |
| State Worked In: New York | Code: NY | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | $ 27.59 |
| Family Leave Insurance | | $ 4.01 |

### Deductions — $ 0.00

### Take Home — $ 672.72
| | |
|---|---|
| CHECKING | $ 672.72 |

## Other Details

### Memos
| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 22.23 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: 2023 - 18 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | |
|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/22/2023 | **Pay Date** 5/5/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish 170 Richmond Hill Rd Unit A STATEN ISLAND, NY 10314 | **Period Ending Date** 4/28/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00180322 | |

**Gross Pay** — $ 740.00

   P.T.O. (field 3)    Rate: 18.5000    Hours: 40.00    $ 740.00

**Taxes** — $ 113.62

   Federal Income Tax    $ 20.73
   Social Security    $ 45.88
   Medicare    $ 10.73
   State Worked In: New York    Code: NY    $ 18.90
   Locality Lived In: NEW YORK CITY    Code: 3301    $ 14.01
   Family Leave Insurance    $ 3.37

**Deductions** — $ 0.00

**Take Home** — $ 626.38

   CHECKING    $ 626.38

### Other Details

Memos

   401(A) WAGES    740.00
   401(A) HOURS    40.00
   MT    2.52

## Pay Summary: 2023 - 18 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | |
|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/22/2023 | **Pay Date** 5/5/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish 170 Richmond Hill Rd Unit A STATEN ISLAND, NY 10314 | **Period Ending Date** 4/28/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00180321 | |

### Gross Pay — $ 878.75

| | | | |
|---|---|---|---|
| Regular | Rate: 18.5000 | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | Hours: 5.00 | $ 138.75 |

### Taxes — $ 206.04

| | | |
|---|---|---|
| Federal Income Tax | | $ 69.26 |
| Social Security | | $ 54.49 |
| Medicare | | $ 12.74 |
| State Worked In: New York | Code: NY | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | $ 27.59 |
| Family Leave Insurance | | $ 4.01 |

### Deductions — $ 0.00

### Take Home — $ 672.71

| | |
|---|---|
| CHECKING | $ 672.71 |

## Other Details

### Memos

| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 20.90 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |