5/23/23, 4:53 PM                                                                                 ADP Workforce Now - Pay Profile

## Pay Summary: 2023 - 20 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | |
|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 5/6/2023 | **Pay Date** 5/19/2023 | **Co.** 7LU    **Clock**    **Home Dept** 000100 |
| Roza Kalish<br>170 Richmond Hill Rd<br>Unit A<br>STATEN ISLAND, NY 10314 | **Period Ending Date** 5/12/2023 | **WGPS Advance Pay Date** | **File #** 014904    **Number** 00200324 |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | **$ 878.75** |
| Regular | Rate: 18.5000 | | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | | Hours: 5.00 | $ 138.75 |
| **Taxes** | | | | **$ 206.03** |
| Federal Income Tax | | | | $ 69.26 |
| Social Security | | | | $ 54.48 |
| Medicare | | | | $ 12.74 |
| State Worked In: New York | Code: NY | | | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | | | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | | $ 27.59 |
| Family Leave Insurance | | | | $ 4.01 |
| **Deductions** | | | | **$ 0.00** |
| **Take Home** | | | | **$ 672.72** |
| CHECKING | | | | $ 672.72 |

## Other Details

### Memos

| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 23.57 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 7LU | 014904 | 000100 | | 00000190319 | 2 |

# Earnings Statement 

AHS ELDER CARE LLC
97-77 QUEENS BOULEVARD
SUITE 802
REGO PARK, NY 11374

Period Beginning: 04/29/2023
Period Ending:   05/05/2023
Pay Date:        05/12/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

ROZA KALISH
170 RICHMOND HILL RD
UNIT A
STATEN ISLAND NY 10314

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| P.T.O. | 18.5000 | 31.00 | 573.50 | 1,313.50 |
| Regular | | | | 12,339.50 |
| Overtime | | | | 2,213.06 |
| Old Hourly O/T | | | | 138.75 |
| **Gross Pay** | | | **$573.50** | 16,578.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -4.08 | 989.38 |
| | Social Security Tax | -35.56 | 1,027.86 |
| | Medicare Tax | -8.32 | 240.39 |
| | NY State Income Tax | -11.56 | 567.86 |
| | New York Cit Income Tax | -8.59 | 426.85 |
| | NY Paid Family Leave Ins | -2.61 | 75.64 |
| | NY SDI Tax | | 10.20 |
| **Net Pay** | | | **$502.78** |
| CHECKING | | | -502.78 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Wp Pto | | 430.49 |
| Wp-Add Univers | | 1,375.06 |
| Pto | | 430.49 |
| Wp Clarity Fsa | | 1,375.06 |

**Important Notes**
COMPANY PH#:(718) 441-6802

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:            Single
  New York Cit:  Single
Exemptions/Allowances:
  NY:            0
  New York Cit:  0

Your federal taxable wages this period are $573.50

© 2000 ADP, Inc.

---

AHS ELDER CARE LLC
97-77 QUEENS BOULEVARD
SUITE 802
REGO PARK, NY 11374

Advice number: 00000190319
Pay date:      05/12/2023

Deposited to the account of
ROZA KALISH

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5202 | xxxx xxxx | $502.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

5/23/23, 4:53 PM                                                                  ADP Workforce Now - Pay Profile

## Pay Summary: 2023 - 19 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/29/2023 | **Pay Date** 5/12/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish 170 Richmond Hill Rd Unit A STATEN ISLAND, NY 10314 | **Period Ending Date** 5/5/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00190319 | |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | $ 573.50 |
| P.T.O. (field 3) | Rate: 18.5000 | Hours: 31.00 | | $ 573.50 |
| **Taxes** | | | | $ 70.72 |
| Federal Income Tax | | | | $ 4.08 |
| Social Security | | | | $ 35.56 |
| Medicare | | | | $ 8.32 |
| State Worked In: New York | Code: NY | | | $ 11.56 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | | $ 8.59 |
| Family Leave Insurance | | | | $ 2.61 |
| **Deductions** | | | | $ 0.00 |
| **Take Home** | | | | $ 502.78 |
| CHECKING | | | | $ 502.78 |

### Other Details

#### Memos

| | |
|---|---|
| 401(A) WAGES | 573.50 |
| 401(A) HOURS | 31.00 |
| MT | 1.95 |

## Pay Summary: 2023 - 19 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/29/2023 | **Pay Date** 5/12/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish 170 Richmond Hill Rd Unit A STATEN ISLAND, NY 10314 | **Period Ending Date** 5/5/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00190318 | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 878.75** |
| Regular | Rate: 18.5000 | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | Hours: 5.00 | $ 138.75 |
| **Taxes** | | | **$ 206.03** |
| Federal Income Tax | | | $ 69.26 |
| Social Security | | | $ 54.48 |
| Medicare | | | $ 12.74 |
| State Worked In: New York | Code: NY | | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | $ 27.59 |
| Family Leave Insurance | | | $ 4.01 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 672.72** |
| CHECKING | | | $ 672.72 |

### Other Details

#### Memos

| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 22.23 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: 2023 - 18 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/22/2023 | **Pay Date** 5/5/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish<br>170 Richmond Hill Rd<br>Unit A<br>STATEN ISLAND, NY 10314 | **Period Ending Date** 4/28/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00180322 | |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | **$ 740.00** |
| P.T.O. (field 3) | Rate: 18.5000 | | Hours: 40.00 | $ 740.00 |
| **Taxes** | | | | **$ 113.62** |
| Federal Income Tax | | | | $ 20.73 |
| Social Security | | | | $ 45.88 |
| Medicare | | | | $ 10.73 |
| State Worked In: New York | Code: NY | | | $ 18.90 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | | $ 14.01 |
| Family Leave Insurance | | | | $ 3.37 |
| **Deductions** | | | | **$ 0.00** |
| **Take Home** | | | | **$ 626.38** |
| CHECKING | | | | $ 626.38 |

### Other Details

#### Memos

| | |
|---|---|
| 401(A) WAGES | 740.00 |
| 401(A) HOURS | 40.00 |
| MT | 2.52 |

## Pay Summary: 2023 - 18 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/22/2023 | **Pay Date** 5/5/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish<br>170 Richmond Hill Rd<br>Unit A<br>STATEN ISLAND, NY 10314 | **Period Ending Date** 4/28/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00180322 | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 740.00** |
| P.T.O. (field 3) | Rate: 18.5000 | Hours: 40.00 | $ 740.00 |
| **Taxes** | | | **$ 113.62** |
| Federal Income Tax | | | $ 20.73 |
| Social Security | | | $ 45.88 |
| Medicare | | | $ 10.73 |
| State Worked In: New York | Code: NY | | $ 18.90 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | $ 14.01 |
| Family Leave Insurance | | | $ 3.37 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 626.38** |
| CHECKING | | | $ 626.38 |

## Other Details

### Memos

| | |
|---|---|
| 401(A) WAGES | 740.00 |
| 401(A) HOURS | 40.00 |
| MT | 2.52 |

5/23/23, 4:53 PM                                                            ADP Workforce Now - Pay Profile

## Pay Summary: 2023 - 18 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/22/2023 | **Pay Date** 5/5/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish 170 Richmond Hill Rd Unit A STATEN ISLAND, NY 10314 | **Period Ending Date** 4/28/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00180321 | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 878.75** |
| Regular | Rate: 18.5000 | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | Hours: 5.00 | $ 138.75 |
| **Taxes** | | | **$ 206.04** |
| Federal Income Tax | | | $ 69.26 |
| Social Security | | | $ 54.49 |
| Medicare | | | $ 12.74 |
| State Worked In: New York | Code: NY | | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | $ 27.59 |
| Family Leave Insurance | | | $ 4.01 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 672.71** |
| CHECKING | | | $ 672.71 |

### Other Details

Memos

| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 20.90 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: 2023 - 17 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| AHS Elder Care, LLC | **Period Beginning Date** 4/15/2023 | **Pay Date** 4/28/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
|---|---|---|---|---|---|
| Roza Kalish 170 Richmond Hill Rd Unit A STATEN ISLAND, NY 10314 | **Period Ending Date** 4/21/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00170323 | |

| Gross Pay | | | | $ 878.75 |
|---|---|---|---|---|
| Regular | Rate: 18.5000 | Hours: 40.00 | | $ 740.00 |
| Overtime | Rate: 27.7500 | Hours: 5.00 | | $ 138.75 |

| Taxes | | |
|---|---|---|
| | | $ 206.04 |
| Federal Income Tax | | $ 69.26 |
| Social Security | | $ 54.48 |
| Medicare | | $ 12.75 |
| State Worked In: New York | Code: NY | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | $ 27.59 |
| Family Leave Insurance | | $ 4.01 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 672.71 |
|---|---|
| CHECKING | $ 672.71 |

### Other Details

**Memos**

| 401(A) WAGES | 878.75 |
|---|---|
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 19.57 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: **2023 - 16 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | |
|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/8/2023 | **Pay Date** 4/21/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish 170 Richmond Hill Rd Unit A STATEN ISLAND, NY 10314 | **Period Ending Date** 4/14/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00160505 | |

| Gross Pay | | | $ 878.75 |
|---|---|---|---|
| Regular | Rate: 18.5000 | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | Hours: 5.00 | $ 138.75 |

| Taxes | | $ 206.03 |
|---|---|---|
| Federal Income Tax | | $ 69.26 |
| Social Security | | $ 54.48 |
| Medicare | | $ 12.74 |
| State Worked In: New York | Code: NY | $ 37.35 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | $ 27.59 |
| Family Leave Insurance | | $ 4.01 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 672.72 |
|---|---|
| CHECKING | $ 672.72 |

### Other Details

#### Memos

| | |
|---|---|
| 401(A) WAGES | 878.75 |
| 401(A) HOURS | 45.00 |
| MT | 3.00 |
| PTO BALANCE | 18.23 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |

## Pay Summary: **2023 - 15 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| AHS Elder Care, LLC | **Period Beginning Date** 4/1/2023 | **Pay Date** 4/14/2023 | **Co.** 7LU | **Clock** | **Home Dept** 000100 |
| Roza Kalish 170 Richmond Hill Rd Unit A STATEN ISLAND, NY 10314 | **Period Ending Date** 4/7/2023 | **WGPS Advance Pay Date** | **File #** 014904 | **Number** 00150504 | |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | $ 871.81 |
| Regular | Rate: 18.5000 | | Hours: 40.00 | $ 740.00 |
| Overtime | Rate: 27.7500 | | Hours: 4.75 | $ 131.81 |
| **Taxes** | | | | $ 203.95 |
| Federal Income Tax | | | | $ 68.42 |
| Social Security | | | | $ 54.05 |
| Medicare | | | | $ 12.64 |
| State Worked In: New York | Code: NY | | | $ 36.96 |
| SUI/SDI: New York (Taxing) | Code: 19 | | | $ 0.60 |
| Locality Lived In: NEW YORK CITY | Code: 3301 | | | $ 27.30 |
| Family Leave Insurance | | | | $ 3.98 |
| **Deductions** | | | | $ 0.00 |
| **Take Home** | | | | $ 667.86 |
| CHECKING | | | | $ 667.86 |

### Other Details

Memos

| | |
|---|---|
| 401(A) WAGES | 871.81 |
| 401(A) HOURS | 40.00 |
| MT | 2.98 |
| PTO BALANCE | 16.90 |
| WP PTO | 24.67 |
| WP-ADD UNIVERS | 78.80 |