## Statement of Earnings and Deductions

Wal-Mart Associates, Inc., 702 SW 8th St, Bentonville, Arkansas 72716. 479-273-4000

### Pay Period: 06/17/2023 - 06/30/2023

Deposit Date: 07-06-2023
Advice # 650404346

**PAID TO**
**ROZA KALISH**
**$897.90**

544 PEBBLE RIDGE
LANGHORNE, PA 19053

BANK ONE
KENTUCKY/JP Morga

CHECK DEPOSIT

xxxxxxx5202

$897.90

THIS IS NOT A REAL CHECK



CURRENT PAY OVERVIEW

Netpay
Deductions
Taxes

06/17 - 06/30

| PTO | HRS |
|---|---|
| PROTECTED PTO | 4.17 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

FEDERAL TAX WITHHOLDING

| Tax Method | Married |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $25.00 |

STATE TAX WITHHOLDING

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 61.33 | $17.0000 | $1,042.61 | $3,111.85 |
| SAMSPLUS GROSS | | | $0.00 | $20.16 |
| WRKDHRS | 61.33 | | | |
| **Total** | | | **$1,042.61** | **$3,132.01** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| SAMS PLUS NET | $0.00 | $13.52 |
| PA LST | $2.00 | $8.00 |
| **Total** | **$2.00** | **$21.52** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $25.00 | $104.44 |
| SOCIAL SECURITY | $64.64 | $194.18 |
| MEDICARE | $15.12 | $45.41 |
| PENNSYLVANIA | $32.01 | $96.16 |
| PA LOCAL TAX | $5.21 | $14.24 |
| SUI | $0.73 | $2.18 |
| **Total** | **$142.71** | **$456.61** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $897.90 | $2,653.88 |

All Material Walmart Confidential © 2023

## Statement of Earnings and Deductions

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

### Pay Period: 06/03/2023 - 06/16/2023

**PAID TO**
**ROZA KALISH**

Deposit Date: 06-22-2023
Advice # 648865351

**$793.69**

544 PEBBLE RIDGE
LANGHORNE, PA 19053

BANK ONE
KENTUCKY/JP Morga

CHECK DEPOSIT    xxxxxxx5202    $793.69

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**



Netpay
Deductions
Taxes

06/03 - 06/16

| PTO | HRS |
|---|---|
| PROTECTED PTO | 2.77 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 54.42 | $17.0000 | $925.14 | $2,069.24 |
| SAMSPLUS GROSS | | | $0.00 | $15.10 |
| WRKDHRS | 54.42 | | | |
| **Total** | | | **$925.14** | **$2,084.34** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| SAMS PLUS NET | $0.00 | $10.14 |
| PA LST | $2.00 | $6.00 |
| **Total** | **$2.00** | **$16.14** |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**

| Tax Method | Married |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $25.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $25.00 | $78.33 |
| SOCIAL SECURITY | $57.36 | $129.23 |
| MEDICARE | $13.41 | $30.22 |
| PENNSYLVANIA | $28.40 | $63.99 |
| PA LOCAL TAX | $4.63 | $9.00 |
| SUI | $0.65 | $1.45 |
| **Total** | **$129.45** | **$312.22** |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | **$793.69** | **$1,755.98** |

All Material Walmart Confidential. © 2023

Statement of Earnings and
Wal-Mart Associates, Inc., 702 S.W. 8th S

## Pay Period: 05/20/2023 - 06/02/2023



**PAID TO**
**ROZA KALISH**

Deposit Date: 06-08-2023
Advice # 647328903

**$743.31**

544 PEBBLE RIDGE
LANGHORNE, PA 19053

BANK ONE
KENTUCKY/JP Morga

CHECK DEPOSIT    xxxxxxx5202    $743.31

THIS IS NOT A REAL CHECK

### CURRENT PAY OVERVIEW

Netpay / Deductions / Taxes

05/20 - 06/02

| PTO | HRS |
|---|---|
| PROTECTED PTO | 1.53 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 51.08 | $17.0000 | $868.36 | $1,144.10 |
| SAMSPLUS GROSS | | | $0.00 | $10.04 |
| WRKDHRS | 51.08 | | | |
| **Total** | | | **$868.36** | **$1,154.14** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| SAMS PLUS NET | $0.00 | $6.76 |
| PA LST | $2.00 | $4.00 |
| **Total** | **$2.00** | **$10.76** |

### CATEGORY
| Pay Category | Hourly |
|---|---|

### FEDERAL TAX WITHHOLDING
| Tax Method | Married |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $25.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $25.00 | $52.22 |
| SOCIAL SECURITY | $53.84 | $71.56 |
| MEDICARE | $12.60 | $16.74 |
| PENNSYLVANIA | $26.66 | $35.43 |
| PA LOCAL TAX | $4.34 | $4.34 |
| SUI | $0.61 | $0.80 |
| **Total** | **$123.05** | **$181.09** |

### STATE TAX WITHHOLDING
| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | **$743.31** | **$962.29** |

All Material Walmart Confidential © 2023

Statement of Earnings and Deductions
Wal Mart Associates, Inc. 702 SW 8th St., Bentonville, Arkansas 72716  479-273-4000

## Pay Period: 05/06/2023 - 05/19/2023

**PAID TO**
**ROZA KALISH**

Check Date: 05-25-2023
Check # 050164060
**$218.98**

544 PEBBLE RIDGE
LANGHORNE, PA 19053

ROZA KALISH  WSCHK  $218.98
Check Cleared On: 2023-05-30

THIS IS NOT A REAL CHECK

CURRENT PAY OVERVIEW



Netpay
Deductions
Taxes

05/06 - 05/19

PTO    HRS

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 16.22 | $17.0000 | $275.74 | $275.74 |
| SAMSPLUS GROSS | | | $0.00 | $5.02 |
| WRKDHRS | 16.22 | | | |
| Total | | | $275.74 | $280.76 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| SAMS PLUS NET | $0.00 | $3.38 |
| PA LST | $2.00 | $2.00 |
| Total | $2.00 | $5.38 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $25.00 | $26.11 |
| SOCIAL SECURITY | $17.10 | $17.41 |
| MEDICARE | $4.00 | $4.07 |
| PENNSYLVANIA | $8.47 | $8.62 |
| SUI | $0.19 | $0.19 |
| Total | $54.76 | $56.40 |

CATEGORY
Pay Category    Hourly

FEDERAL TAX WITHHOLDING
Tax Method    Married
Claim Dependents    $0.00
Additional Withholding    $25.00

STATE TAX WITHHOLDING
Tax Method    Single
Exemptions    0
Additional Withholding    $0.00

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $218.98 | $218.98 |

All Material Walmart Confidential. © 2023