# Earnings Statement

**BJ's Wholesale Club, Inc.**
350 Campus Drive
Marlborough, MA 01572

Kalish

| | |
|---|---|
| Employee ID | 456738 |
| | Page 001 of 001 |
| Period Beg/End: | 04/23/2023 - 04/29/2023 |
| Advice Date: | 05/05/2023 |
| Advice Number: | 0003414683 |
| Batch Number: | SCL8CKRCUCDR |

Roza Kalish
544 Pebble Ridge
Langhorne, PA 19053

For inquiries on this statement please call: 774-512-7400

Total Hours Worked: 22.05
Basis of Pay: Hourly
Pay Rate: 15.00

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 15.0000 | 22.05 | 330.75 | 5502.84 |
| Sick | | | 0.00 | 167.42 |
| Vacation | | | 0.00 | 119.72 |
| Holiday | | | 0.00 | 119.44 |
| Personal Day | | | 0.00 | 59.72 |
| MAP Incentiv | | | 0.00 | 5.00 |
| Warranty Spi | | | 0.00 | 4.00 |
| Birthday | | | 0.00 | 59.72 |
| **Gross Pay** | | | **330.75** | **6037.86** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| Medicare | | 4.80 | 87.55 |
| SUI-Employee Paid - PA | | 0.24 | 4.23 |
| OASDI | | 20.51 | 374.35 |
| Federal Withholding | | 25.00 | 250.88 |
| State Tax - PA | | 10.15 | 185.37 |
| City Tax - FALLS | | 3.31 | 60.37 |
| PA LST - FALLS | | 1.00 | 18.00 |
| **Total Taxes** | | **65.01** | **980.75** |
| **Net Pay** | | **265.74** | **5057.11** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Sick | 0.73 | 0.00 | 2.25 |
| Personal | 0.00 | 0.00 | 0.00 |
| Vacation | 0.42 | 0.00 | 7.72 |

**Direct Deposits**
Checking    XXXXX5202    265.74

Your Federal taxable wages for this period are: $330.75

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---



**BJ's Wholesale Club, Inc.**
350 Campus Drive
Marlborough, MA 01572

Advice Number:    0003414683
Advice Date:    05/05/2023

**Deposited to the account of**
Roza Kalish

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX5202 | 083000137 | $265.74 |

THIS IS NOT A CHECK



# Earnings Statement

BJ's Wholesale Club, Inc.
350 Campus Drive
Marlborough, MA 01572

Kalish

| | |
|---|---|
| Employee ID | 456738 |
| | Page 001 of 001 |
| Period Beg/End: | 04/16/2023 - 04/22/2023 |
| Advice Date: | 04/28/2023 |
| Advice Number: | 0003384375 |
| Batch Number: | SCUMFVB2OGH7 |

Roza Kalish
544 Pebble Ridge
Langhorne, PA 19053

For inquiries on this statement please call: 774-512-7400

Total Hours Worked: 27.60
Basis of Pay: Hourly
Pay Rate: 15.00

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Vacation | 15.0000 | 4.00 | 60.00 | 119.72 |
| Regular | 15.0000 | 27.60 | 414.00 | 5172.09 |
| MAP Incentiv | | | 0.00 | 5.00 |
| Warranty Spi | | | 0.00 | 4.00 |
| Holiday | | | 0.00 | 119.44 |
| Personal Day | | | 0.00 | 59.72 |
| Sick | | | 0.00 | 167.42 |
| Birthday | | | 0.00 | 59.72 |
| **Gross Pay** | | | **474.00** | **5703.11** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| OASDI | | 29.39 | 353.84 |
| Medicare | | 6.87 | 82.75 |
| SUI-Employee Paid - PA | | 0.33 | 3.99 |
| PA LST - FALLS | | 1.00 | 17.00 |
| Federal Withholding | | 25.00 | 225.88 |
| State Tax - PA | | 14.55 | 175.22 |
| City Tax - FALLS | | 4.74 | 57.06 |
| **Total Taxes** | | **81.88** | **915.74** |
| **Net Pay** | | **392.12** | **4791.37** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Sick | 1.05 | 0.00 | 1.52 |
| Personal | 0.00 | 0.00 | 0.00 |
| Vacation | 0.61 | 4.00 | 7.30 |

**Direct Deposits**

| Checking | XXXXX5202 | 392.12 |
|---|---|---|

Your Federal taxable wages for this period are: $474.00

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVC)



BJ's Wholesale Club, Inc.
350 Campus Drive
Marlborough, MA 01572

Advice Number: 0003384375
Advice Date: 04/28/2023

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Roza Kalish | Checking XXXXX5202 | 083000137 | $392.12 |

# Earnings Statement

**BJ's Wholesale Club, Inc.**
350 Campus Drive
Marlborough, MA 01572

| | |
|---|---|
| Employee ID | 456738 |
| | Page 001 of 001 |
| Period Beg/End: | 04/09/2023 - 04/15/2023 |
| Advice Date: | 04/21/2023 |
| Advice Number: | 0003352250 |
| Batch Number: | SCY6Z1UNQPJU |

Roza Kalish
544 Pebble Ridge
Langhorne, PA 19053

For inquiries on this statement please call: 774-512-7400
Total Hours Worked: 11.55
Basis of Pay: Hourly
Pay Rate: 15.00

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 15.0000 | 11.55 | 173.25 | 4758.09 |
| Sick | 15.0000 | 2.52 | 37.80 | 167.42 |
| Birthday | | | 0.00 | 59.72 |
| Personal Day | | | 0.00 | 59.72 |
| Holiday | | | 0.00 | 119.44 |
| Warranty Spi | | | 0.00 | 4.00 |
| MAP Incentiv | | | 0.00 | 5.00 |
| Vacation | | | 0.00 | 59.72 |
| **Gross Pay** | | | **211.05** | **5233.11** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Medicare | 3.06 | 75.88 |
| SUI-Employee Paid - PA | 0.14 | 3.66 |
| OASDI | 13.08 | 324.45 |
| PA LST - FALLS | 1.00 | 16.00 |
| Federal Withholding | 25.00 | 200.88 |
| State Tax - PA | 6.48 | 160.67 |
| City Tax - FALLS | 2.11 | 52.32 |
| **Total Taxes** | **50.87** | **833.86** |
| **Net Pay** | **160.18** | **4399.25** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Sick | 0.47 | 2.52 | 0.47 |
| Personal | 0.00 | 0.00 | 0.00 |
| Vacation | 0.27 | 0.00 | 10.69 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXX5202 | 160.18 |

Your Federal taxable wages for this period are: $211.05

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSU7G)



**BJ's Wholesale Club, Inc.**
350 Campus Drive
Marlborough, MA 01572

| | |
|---|---|
| Advice Number: | 0003352250 |
| Advice Date: | 04/21/2023 |

**THIS IS NOT A CHECK**

**Deposited to the account of**
Roza Kalish       Checking

| Account Number | Transit ABA | Amount |
|---|---|---|
| XXXXX5202 | 083000137 | $160.18 |



BJ's Wholesale Club, Inc.   350 Campus Drive Marlborough, MA 01572   +1 774-512-7400
Roza Kalish   544 Pebble Ridge Langhorne, PA 19053

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Roza Kalish | BJ's Wholesale Club, Inc. | | | 456738 | 04/16/2023 | 04/22/2023 | 04/28/2023 | |
| | | Hours Worked | Gross Pay | Pre Tax Deductions | | Employee Tax Withheld | Post-Tax Deductions | Net Pay |
| Current | | 27.60 | 474.00 | 0.00 | | 81.88 | 0.00 | 392.12 |
| YTD | | 345.90 | 5,707.11 | 0.00 | | 915.74 | 0.00 | 4,791.37 |

| Earning | | | | | | | Employee Tax Withheld | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Birthday | | | 0 | | 4 | 59.72 | OASDI | 29.39 | 353.84 |
| Holiday | | | 0 | | 8 | 119.44 | Medicare | 6.87 | 82.75 |
| MAP Incentive | | | 0 | | 0 | 5.00 | Federal Withholding | 25.00 | 225.88 |
| Personal Day | | | 0 | | 4 | 59.72 | State Tax - PA | 14.55 | 175.22 |
| Regular | 04/16/2023 - 04/22/2023 | 27.6 | 15 | 414.00 | 345.8998 | 5,172.09 | SUI-Employee Paid - PA | 0.33 | 3.99 |
| Sick | | | 0 | | 11.18 | 167.42 | City Tax - FALLS | 4.74 | 57.06 |
| Vacation | 04/16/2023 - 04/22/2023 | 4 | 15 | 60.00 | 8 | 119.72 | PA LST - FALLS | 1.00 | 17.00 |
| Warranty Spiff | | | 0 | | 0 | 4.00 | | | |
| Earning | | | | 474.00 | | 5,707.11 | Employee Tax Withheld | 81.88 | 915.74 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| Federal Withholding - Taxable Wages | 474.00 | 5,707.11 |

| | Federal | State | Time Off Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | Personal | 0 | 0 | 0 |
| Allowances | 0 | 0 | Sick | 1.05 | 0 | 1.52 |
| Additional Withholding | 25 | | Vacation | 0.61 | 4 | 7.3 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chase | chase ******5202 | ******5202 | | 392.12  USD |



BJ's Wholesale Club, Inc.   350 Campus Drive Marlborough, MA 01572   +1 774-512-7400
Roza Kalish   544 Pebble Ridge Langhorne. PA 19053

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Roza Kalish | BJ's Wholesale Club, Inc. | | | 456738 | 04/09/2023 | 04/15/2023 | 04/21/2023 | |
| | Hours Worked | | Gross Pay | Pre Tax Deductions | Employee Tax Withheld | Post-Tax Deductions | | Net Pay |
| Current | 11.55 | | 211.05 | 0.00 | 50.87 | 0.00 | | 160.18 |
| YTD | 318.30 | | 5,233.11 | 0.00 | 833.86 | 0.00 | | 4,399.25 |

| Earning | | | | | | | Employee Tax Withheld | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Birthday | | | 0 | | 4 | 59.72 | OASDI | 13.08 | 324.45 |
| Holiday | | | 0 | | 8 | 119.44 | Medicare | 3.06 | 75.88 |
| MAP Incentive | | | 0 | | 0 | 5.00 | Federal Withholding | 25.00 | 200.88 |
| Personal Day | | | 0 | | 4 | 59.72 | State Tax - PA | 6.48 | 160.67 |
| Regular | 04/09/2023 - 04/15/2023 | 11.55 | 15 | 173.25 | 318.2998 | 4,758.09 | SUI-Employee Paid - PA | 0.14 | 3.66 |
| Sick | 04/09/2023 - 04/15/2023 | 2.52 | 15 | 37.80 | 11.18 | 167.42 | City Tax - FALLS | 2.11 | 52.32 |
| Vacation | | | 0 | | 4 | 59.72 | PA LST - FALLS | 1.00 | 16.00 |
| Warranty Spiff | | | 0 | | 0 | 4.00 | | | |
| Earning | | | | 211.05 | | 5,233.11 | Employee Tax Withheld | 50.87 | 833.86 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| Federal Withholding - Taxable Wages | 211.05 | 5,233.11 |

| | Federal | State | Time Off Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | Personal | 0 | 0 | 0 |
| Allowances | 0 | 0 | Sick | 0.47 | 2.52 | 0.47 |
| Additional Withholding | 25 | | Vacation | 0.27 | 0 | 10.69 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chase | chase ******5202 | ******5202 | | 160.18   USD |



BJ's Wholesale Club, Inc.   350 Campus Drive Marlborough, MA 01572   +1 774-512-7400
Roza Kalish   544 Pebble Ridge Langhorne, PA 19053

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Roza Kalish | BJ's Wholesale Club, Inc. | | | 456738 | 04/02/2023 | 04/08/2023 | 04/14/2023 | |
| | | Hours Worked | Gross Pay | Pre Tax Deductions | | Employee Tax Withheld | Post-Tax Deductions | Net Pay |
| Current | | 25.67 | 386.00 | 0.00 | | 71.73 | 0.00 | 314.27 |
| YTD | | 306.75 | 5,022.06 | 0.00 | | 782.99 | 0.00 | 4,239.07 |

| Earning | | | | | | | Employee Tax Withheld | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Birthday | | | 0 | | 4 | 59.72 | OASDI | 23.93 | 311.37 |
| Holiday | | | 0 | | 8 | 119.44 | Medicare | 5.60 | 72.82 |
| MAP Incentive | | | 0 | | 0 | 5.00 | Federal Withholding | 25.22 | 175.88 |
| Personal Day | | | 0 | | 4 | 59.72 | State Tax - PA | 11.85 | 154.19 |
| Regular | 04/02/2023 - 04/08/2023 | 25.6666 | 15 | 385.00 | 306.7498 | 4,584.84 | SUI-Employee Paid - PA | 0.27 | 3.52 |
| Sick | | | 0 | | 8.66 | 129.62 | City Tax - FALLS | 3.86 | 50.21 |
| Vacation | | | 0 | | 4 | 59.72 | PA LST - FALLS | 1.00 | 15.00 |
| Warranty Spiff | 04/02/2023 - 04/08/2023 | 0 | 0 | 1.00 | 0 | 4.00 | | | |
| Earning | | | | 386.00 | | 5,022.06 | Employee Tax Withheld | 71.73 | 782.99 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| Federal Withholding - Taxable Wages | 386.00 | 5,022.06 |

| | Federal | State | Time Off Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | Personal | 0 | 0 | 0 |
| Allowances | 0 | 0 | Sick | 0.85 | 0 | 2.52 |
| Additional Withholding | 25 | | Vacation | 0.49 | 0 | 10.42 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chase | chase ******5202 | ******5202 | | 314.27 USD |