**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | TW7-NYCT Hourly 7 |
| Pay Begin Date: | 05/07/23 |
| Pay End Date: | 05/20/23 |

| | |
|---|---|
| Business Unit: | NYCTA |
| Advice #: | 10308124 |
| Advice Date: | 05/25/23 |

Oleg Rudman
544 Pebble Ridge Ct
Langhorne, PA  19053-1936
Employee ID:  1214258
Agency Empl ID:  768000

| | |
|---|---|
| Department: | 3922 L3: 3900 |
| Location: | NYCTA |
| Pay Rate: | $37.422215 Hourly |
| Pension #: | 688498 |
| Pen Gross: | $3,322.15  YTD: $39,132.54 |

**TAX DATA:**

| | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Married | |
| Allowances: | N/A | 1 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 37.422215 | 64.00 | 2,395.01 | 712.50 | 26,663.33 |
| NYCT Straight Time Overtime | 37.422215 | 0.32 | 11.98 | 20.75 | 776.52 |
| Scheduled Overtime | 37.422215 | 4.26 | 159.42 | 113.62 | 4,251.92 |
| NYCT O/T Bonus | 18.711108 | 0.34 | 6.36 | 3.35 | 62.66 |
| Sick Pay | 37.422215 | 17.03 | 637.30 | 97.25 | 3,639.32 |
| Night Differential | 1.475775 | 75.95 | 112.08 | 252.90 | 373.22 |
| Other Leave Pmts | | | 0.00 | 5.73 | 214.43 |
| Hol / AVA / Per / Bday | | | 0.00 | 16.00 | 598.76 |
| O/T Bonus - Sched | | | 0.00 | 15.89 | 298.24 |
| Holiday - Cash In | | | 0.00 | 16.00 | 598.76 |
| Vacation Pay | | | 0.00 | 42.58 | 1,593.44 |
| Bonus FLSA Excluded | | | 0.00 | 2.13 | 39.86 |
| FLSA Adjustments | | | 0.00 | | 22.97 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 374.53 | 2,358.67 |
| Fed MED/EE | 47.05 | 553.80 |
| Fed OASDI/EE | 201.19 | 2,367.99 |
| NYS Withholdng | 155.26 | 1,952.45 |
| **TOTAL:** | **778.03** | **7,232.91** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension | 149.50 | 1,760.97 |
| 401K | 20.00 | 220.00 |
| Medical - Represented | 26.34 | 289.74 |
| 457 | 20.00 | 220.00 |
| HealthBenefitContributn | 50.85 | 649.42 |
| **TOTAL:** | **266.69** | **3,140.13** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| StatenIslandCreditUnion | 230.00 | 2,530.00 |
| NYCT-ATU-726 | 50.47 | 513.17 |
| Nycers Loan###(83) | 152.18 | 1,673.98 |
| Disability Deduction | 1.20 | 13.20 |
| Trans America | 80.54 | 885.94 |
| AmalgamTU-Local726 COPE | 5.00 | 55.00 |
| **TOTAL:** | **519.39** | **5,671.29** |

| **TOTAL:** | | | 3,322.15 | | 39,132.54 |

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 3,282.15 | 38,692.54 | | | |
| Federal Taxable Earnings | 3,055.46 | 35,992.41 | | | |

**Leave Balance / PTO**    Hours

### NET PAY DISTRIBUTION
Advice #000000010308124      $1,758.04

**TOTAL:**      $1,758.04

MESSAGE:

---

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY  11201

Date: 05/25/23

Advice No. 10308124

**Deposit Amount:**    $1,758.04

**To the Account(s) Of**
OLEG RUDMAN
544 Pebble Ridge Ct
Langhorne, PA  19053-1936

Location: 39087

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx5202 | $1,758.04 |
| Total: | | $1,758.04 |

**NON-NEGOTIABLE**

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | TW7-NYCT Hourly 7 |
| Pay Begin Date: | 04/23/23 |
| Pay End Date: | 05/06/23 |

| | |
|---|---|
| Business Unit: | NYCTA |
| Advice #: | 10270814 |
| Advice Date: | 05/11/23 |

Oleg Rudman
544 Pebble Ridge Ct
Langhorne, PA 19053-1936
Employee ID: 1214258
Agency Empl ID: 768000

Department: 3922 L3: 3900
Location: NYCTA
Pay Rate: $37.422215 Hourly
Pension #: 688498
Pen Gross: $2,694.84   YTD: $35,810.39

**TAX DATA:**

| | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Married | |
| Allowances: | N/A | 1 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

**HOURS AND EARNINGS**

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular Pay | 37.422215 | 64.52 | 2,414.48 | 648.50 | 24,268.32 | |
| NYCT Straight Time Overtime | 37.422215 | 1.00 | 37.42 | 20.43 | 764.54 | |
| Scheduled Overtime | 37.422215 | 3.61 | 135.09 | 109.36 | 4,092.50 | |
| NYCT O/T Bonus | 18.711108 | 1.00 | 18.71 | 3.01 | 56.30 | |
| Night Differential | 1.475775 | 60.40 | 89.14 | 176.95 | 261.14 | |
| Other Leave Pmts | | | 0.00 | 5.73 | 214.43 | |
| Hol / AVA / Per / Bday | | | 0.00 | 16.00 | 598.76 | |
| Sick Pay | | | 0.00 | 80.22 | 3,002.02 | |
| O/T Bonus - Sched | | | 0.00 | 15.89 | 298.24 | |
| Holiday - Cash In | | | 0.00 | 16.00 | 598.76 | |
| Vacation Pay | | | 0.00 | 42.58 | 1,593.44 | |
| Bonus FLSA Excluded | | | 0.00 | | 39.86 | |
| FLSA Adjustments | | | 0.00 | 2.13 | 22.97 | |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 240.79 | 1,984.14 |
| Fed MED/EE | 37.83 | 506.75 |
| Fed OASDI/EE | 161.75 | 2,166.80 |
| NYS Withholdng | 120.76 | 1,797.19 |
| **TOTAL:** | **561.13** | **6,454.88** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Pension | 121.27 | 1,611.47 |
| 401K | 20.00 | 200.00 |
| Medical - Represented | 26.34 | 263.40 |
| 457 | 20.00 | 200.00 |
| HealthBenefitContributn | 59.65 | 598.57 |
| **TOTAL:** | **247.26** | **2,873.44** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| StatenIslandCreditUnion | 230.00 | 2,300.00 |
| NYCT-ATU-726 | 50.47 | 462.70 |
| Nycers Loan###(84) | 152.18 | 1,521.80 |
| Disability Deduction | 1.20 | 12.00 |
| Trans America | 80.54 | 805.40 |
| AmalgamTU-Local726 COPE | 5.00 | 50.00 |
| **TOTAL:** | **519.39** | **5,151.90** |

| TOTAL: | | | 2,694.84 | | 35,810.39 |
|---|---|---|---|---|---|

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 2,654.84 | 35,410.39 | | | |
| Federal Taxable Earnings | 2,447.58 | 32,936.95 | | | |

Leave Balance / PTO     Hours

**NET PAY DISTRIBUTION**
Advice #000000010270814                $1,367.06

TOTAL:                                  $1,367.06

MESSAGE:

---

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

**Date:** 05/11/23

**Advice No.** 10270814

**Deposit Amount:** $1,367.06

**To the Account(s) Of**
OLEG RUDMAN
544 Pebble Ridge Ct
Langhorne, PA 19053-1936

Location: 39087

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx5202 | $1,367.06 |
| Total: | | $1,367.06 |

**NON-NEGOTIABLE**

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

| | | | | | |
|---|---|---|---|---|---|
| Pay Group: | TW7-NYCT Hourly 7 | | Business Unit: | NYCTA | |
| Pay Begin Date: | 04/09/23 | | Advice #: | 10233298 | |
| Pay End Date: | 04/22/23 | | Advice Date: | 04/27/23 | |

Oleg Rudman
544 Pebble Ridge Ct
Langhorne, PA 19053-1936
Employee ID: 1214258
Agency Empl ID: 768000

Department: 3922 L3: 3900
Location: NYCTA
Pay Rate: $37.422215 Hourly
Pension #: 688498
Pen Gross: $3,134.41  YTD: $33,115.55

**TAX DATA:**

| | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Married | |
| Allowances: | N/A | 1 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 37.422215 | 64.00 | 2,395.02 | 583.98 | 21,853.84 |
| Scheduled Overtime | 37.422215 | 4.13 | 154.55 | 105.75 | 3,957.41 |
| Sick Pay | 37.422215 | 12.78 | 478.26 | 80.22 | 3,002.02 |
| Night Differential | 1.475775 | 72.22 | 106.58 | 116.55 | 172.00 |
| NYCT O/T Bonus | | | 0.00 | 2.01 | 37.59 |
| Other Leave Pmts | | | 0.00 | 5.73 | 214.43 |
| Hol / AVA / Per / Bday | | | 0.00 | 16.00 | 598.76 |
| O/T Bonus - Sched | | | 0.00 | 15.89 | 298.24 |
| Holiday - Cash In | | | 0.00 | 16.00 | 598.76 |
| Vacation Pay | | | 0.00 | 42.58 | 1,593.44 |
| Bonus FLSA Excluded | | | 0.00 | 2.13 | 39.86 |
| NYCT Straight Time Overtime | | | 0.00 | 19.43 | 727.12 |
| FLSA Adjustments | | | 0.00 | | 22.97 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 333.10 | 1,743.35 |
| Fed MED/EE | 44.19 | 468.92 |
| Fed OASDI/EE | 188.98 | 2,005.05 |
| NYS Withholdng | 144.93 | 1,676.43 |
| **TOTAL:** | **711.20** | **5,893.75** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension | 141.05 | 1,490.20 |
| 401K | 20.00 | 180.00 |
| Medical - Represented | 26.34 | 237.06 |
| 457 | 20.00 | 180.00 |
| HealthBenefitContributn | 59.88 | 538.92 |
| **TOTAL:** | **267.27** | **2,626.18** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| StatenIslandCreditUnion | 230.00 | 2,070.00 |
| NYCT-ATU-726 | 50.47 | 412.23 |
| Nycers Loan###(85) | 152.18 | 1,369.62 |
| Disability Deduction | 1.20 | 10.80 |
| Trans America | 80.54 | 724.86 |
| AmalgamTU-Local726 COPE | 5.00 | 45.00 |
| **TOTAL:** | **519.39** | **4,632.51** |

**TOTAL:** 3,134.41 / 33,115.55

| Taxable Earnings | Current | YTD |
|---|---|---|
| NYS Taxable Earnings | 3,094.41 | 32,755.55 |
| Federal Taxable Earnings | 2,867.14 | 30,489.37 |

Leave Balance / PTO   Hours

### NET PAY DISTRIBUTION
Advice #0000000010233298   $1,636.55
**TOTAL:** $1,636.55

MESSAGE:

---

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date: 04/27/23
Advice No. 10233298

**Deposit Amount:** $1,636.55

**To the Account(s) Of**
OLEG RUDMAN
544 Pebble Ridge Ct
Langhorne, PA 19053-1936

Location: 39087

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx5202 | $1,636.55 |
| **Total:** | | **$1,636.55** |

**NON-NEGOTIABLE**