**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Pay Group: TW7-NYCT Hourly 7
Pay Begin Date: 06/18/23
Pay End Date: 07/01/23

Business Unit: NYCTA
Advice #: 10421314
Advice Date: 07/06/23

Oleg Rudman
544 Pebble Ridge Ct
Langhorne, PA 19053-1936
Employee ID: 1214258
Agency Empl ID: 768000

Department: 3922 L3: 3900
Location: NYCTA
Pay Rate: $37.422215 Hourly
Pension #: 688498
Pen Gross: $3,598.05   YTD: $49,297.33

| TAX DATA: | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Married | |
| Allowances: | N/A | 1 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 37.422215 | 72.00 | 2,694.40 | 928.50 | 34,746.53 |
| Scheduled Overtime | 37.422215 | 4.65 | 174.01 | 127.57 | 4,773.95 |
| Sick Pay | 37.422215 | 8.52 | 318.84 | 114.29 | 4,277.00 |
| Night Differential | 1.475775 | 75.50 | 111.42 | 471.85 | 696.34 |
| Holiday - Cash In | 37.422215 | 8.00 | 299.38 | 24.00 | 898.14 |
| NYCT O/T Bonus | | | 0.00 | 3.35 | 62.66 |
| Other Leave Pmts | | | 0.00 | 5.73 | 214.43 |
| Hol / AVA / Per / Bday | | | 0.00 | 24.00 | 898.14 |
| O/T Bonus - Sched | | | 0.00 | 15.89 | 298.24 |
| Vacation Pay | | | 0.00 | 42.58 | 1,593.44 |
| Bonus FLSA Excluded | | | 0.00 | 2.13 | 39.86 |
| NYCT Straight Time Overtime | | | 0.00 | 20.75 | 776.52 |
| FLSA Adjustments | | | 0.00 | | 22.97 |

**TOTAL:** 3,598.05   49,297.33

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 430.51 | 3,517.97 |
| Fed MED/EE | 50.92 | 697.44 |
| Fed OASDI/EE | 217.73 | 2,982.17 |
| NYS Withholdng | 170.98 | 2,429.68 |
| **TOTAL:** | **870.14** | **9,627.26** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension | 161.91 | 2,218.38 |
| 401K | 20.00 | 280.00 |
| Medical - Represented | 26.34 | 368.76 |
| 457 | 20.00 | 280.00 |
| HealthBenefitContributn | 59.88 | 829.06 |
| **TOTAL:** | **288.13** | **3,976.20** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| StatenIslandCreditUnion | 230.00 | 3,220.00 |
| NYCT-ATU-726 | 50.47 | 664.58 |
| Nycers Loan###(80) | 152.18 | 2,130.52 |
| Disability Deduction | 1.20 | 16.80 |
| Trans America | 80.54 | 1,127.56 |
| AmalgamTU-Local726 COPE | 5.00 | 70.00 |
| **TOTAL:** | **519.39** | **7,229.46** |

### Taxable Earnings

| | Current | YTD |
|---|---|---|
| NYS Taxable Earnings | 3,558.05 | 48,737.33 |
| Federal Taxable Earnings | 3,309.92 | 45,321.13 |

**Taxable Benefit** — Current / YTD

### Leave Balance / PTO

Hours

### NET PAY DISTRIBUTION
Advice #000000010421314   $1,920.39

**TOTAL:** $1,920.39

MESSAGE:

---

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date: 07/06/23
Advice No. 10421314

**Deposit Amount:** $1,920.39

**To the Account(s) Of**
OLEG RUDMAN
544 Pebble Ridge Ct
Langhorne, PA 19053-1936

Location: 39087

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx5202 | $1,920.39 |
| **Total:** | | **$1,920.39** |

**NON-NEGOTIABLE**

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | TW7-NYCT Hourly 7 |
| Pay Begin Date: | 06/04/23 |
| Pay End Date: | 06/17/23 |
| Business Unit: | NYCTA |
| Advice #: | 10379528 |
| Advice Date: | 06/22/23 |

Oleg Rudman
544 Pebble Ridge Ct
Langhorne, PA 19053-1936
Employee ID: 1214258
Agency Empl ID: 768000

Department: 3922 L3: 3900
Location: NYCTA
Pay Rate: $37.422215 Hourly
Pension #: 688498
Pen Gross: $3,298.67 YTD: $45,699.28

| TAX DATA: | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Married | |
| Allowances: | N/A | 1 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular Pay | 37.422215 | 72.00 | 2,694.40 | 856.50 | 32,052.13 | |
| Scheduled Overtime | 37.422215 | 4.65 | 174.01 | 122.92 | 4,599.94 | |
| Sick Pay | 37.422215 | 8.52 | 318.84 | 105.77 | 3,958.16 | |
| Night Differential | 1.475775 | 75.50 | 111.42 | 396.35 | 584.92 | |
| NYCT O/T Bonus | | 0.00 | | 3.35 | 62.66 | |
| Other Leave Pmts | | 0.00 | | 5.73 | 214.43 | |
| Hol / AVA / Per / Bday | | 0.00 | | 24.00 | 898.14 | |
| O/T Bonus - Sched | | 0.00 | | 15.89 | 298.24 | |
| Holiday - Cash In | | 0.00 | | 16.00 | 598.76 | |
| Vacation Pay | | 0.00 | | 42.58 | 1,593.44 | |
| Bonus FLSA Excluded | | 0.00 | | 2.13 | 39.86 | |
| NYCT Straight Time Overtime | | 0.00 | | 20.75 | 776.52 | |
| FLSA Adjustments | | 0.00 | | | 22.97 | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 367.61 | 3,087.46 |
| Fed MED/EE | 46.58 | 646.52 |
| Fed OASDI/EE | 199.18 | 2,764.44 |
| NYS Withholdng | 153.97 | 2,258.70 |
| **TOTAL:** | **767.34** | **8,757.12** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension | 148.44 | 2,056.47 |
| 401K | 20.00 | 260.00 |
| Medical - Represented | 26.34 | 342.42 |
| 457 | 20.00 | 260.00 |
| HealthBenefitContributn | 59.88 | 769.18 |
| **TOTAL:** | **274.66** | **3,688.07** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| StatenIslandCreditUnion | 230.00 | 2,990.00 |
| NYCT-ATU-726 | 50.47 | 614.11 |
| Nycers Loan###(81) | 152.18 | 1,978.34 |
| Disability Deduction | 1.20 | 15.60 |
| Trans America | 80.54 | 1,047.02 |
| AmalgamTU-Local726 COPE | 5.00 | 65.00 |
| **TOTAL:** | **519.39** | **6,710.07** |

| | Current | YTD |
|---|---|---|
| **TOTAL:** | 3,298.67 | 45,699.28 |

**Taxable Earnings**

| | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 3,258.67 | 45,179.28 | | | |
| Federal Taxable Earnings | 3,024.01 | 42,011.21 | | | |

**Leave Balance / PTO**  Hours

### NET PAY DISTRIBUTION
Advice #000000010379528 $1,737.28

**TOTAL:** $1,737.28

**MESSAGE:**

---

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date: 06/22/23
Advice No. 10379528

**Deposit Amount:** $1,737.28

**To the Account(s) Of**
OLEG RUDMAN
544 Pebble Ridge Ct
Langhorne, PA 19053-1936

Location: 39087

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx5202 | $1,737.28 |
| Total: | | $1,737.28 |

**NON-NEGOTIABLE**

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY  11201

| | |
|---|---|
| Pay Group: | TW7-NYCT Hourly 7 |
| Pay Begin Date: | 05/21/23 |
| Pay End Date: | 06/03/23 |

| | |
|---|---|
| Business Unit: | NYCTA |
| Advice #: | 10346661 |
| Advice Date: | 06/08/23 |

Oleg Rudman
544 Pebble Ridge Ct
Langhorne, PA  19053-1936
Employee ID:     1214258
Agency Empl ID:  768000

| | |
|---|---|
| Department: | 3922 L3: 3900 |
| Location: | NYCTA |
| Pay Rate: | $37.422215 Hourly |
| Pension #: | 688498 |
| Pen Gross: | $3,268.07  YTD: $42,400.61 |

**TAX DATA:**

| | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Married | |
| Allowances: | N/A | 1 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 37.422215 | 72.00 | 2,694.40 | 784.50 | 29,357.73 |
| Scheduled Overtime | 37.422215 | 4.65 | 174.01 | 118.27 | 4,425.93 |
| Hol / AVA / Per / Bday | 37.422215 | 8.00 | 299.38 | 24.00 | 898.14 |
| Night Differential | 1.475775 | 67.95 | 100.28 | 320.85 | 473.50 |
| NYCT O/T Bonus | | 0.00 | | 3.35 | 62.66 |
| Other Leave Pmts | | 0.00 | | 5.73 | 214.43 |
| Sick Pay | | 0.00 | | 97.25 | 3,639.32 |
| O/T Bonus - Sched | | 0.00 | | 15.89 | 298.24 |
| Holiday - Cash In | | 0.00 | | 16.00 | 598.76 |
| Vacation Pay | | 0.00 | | 42.58 | 1,593.44 |
| Bonus FLSA Excluded | | 0.00 | | 2.13 | 39.86 |
| NYCT Straight Time Overtime | | 0.00 | | 20.75 | 776.52 |
| FLSA Adjustments | | 0.00 | | | 22.97 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 361.18 | 2,719.85 |
| Fed MED/EE | 46.14 | 599.94 |
| Fed OASDI/EE | 197.27 | 2,565.26 |
| NYS Withholdng | 152.28 | 2,104.73 |
| **TOTAL:** | **756.87** | **7,989.78** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension | 147.06 | 1,908.03 |
| 401K | 20.00 | 240.00 |
| Medical - Represented | 26.34 | 316.08 |
| 457 | 20.00 | 240.00 |
| HealthBenefitContributn | 59.88 | 709.30 |
| **TOTAL:** | **273.28** | **3,413.41** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| StatenIslandCreditUnion | 230.00 | 2,760.00 |
| NYCT-ATU-726 | 50.47 | 563.64 |
| Nycers Loan###(82) | 152.18 | 1,826.16 |
| Disability Deduction | 1.20 | 14.40 |
| Trans America | 80.54 | 966.48 |
| AmalgamTU-Local726 COPE | 5.00 | 60.00 |
| **TOTAL:** | **519.39** | **6,190.68** |

**TOTAL:** 3,268.07 / 42,400.61

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 3,228.07 | 41,920.61 | | | |
| Federal Taxable Earnings | 2,994.79 | 38,987.20 | | | |

**Leave Balance / PTO**     Hours

**NET PAY DISTRIBUTION**
Advice #0000000010346661                  $1,718.53

**TOTAL:**                                $1,718.53

**MESSAGE:**

---

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY  11201

Date: 06/08/23

Advice No. 10346661

**Deposit Amount:**  $1,718.53

**To the Account (s) Of**   OLEG RUDMAN
544 Pebble Ridge Ct
Langhorne, PA  19053-1936

Location: 39087

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx5202 | $1,718.53 |
| **Total:** | | **$1,718.53** |

**NON-NEGOTIABLE**

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | TW7-NYCT Hourly 7 |
| Pay Begin Date: | 05/07/23 |
| Pay End Date: | 05/20/23 |

| | |
|---|---|
| Business Unit: | NYCTA |
| Advice #: | 10308124 |
| Advice Date: | 05/25/23 |

Oleg Rudman
544 Pebble Ridge Ct
Langhorne, PA 19053-1936
Employee ID: 1214258
Agency Empl ID: 768000

Department: 3922 L3: 3900
Location: NYCTA
Pay Rate: $37.422215 Hourly
Pension #: 688498
Pen Gross: $3,322.15  YTD: $39,132.54

**TAX DATA:**

| | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Married | |
| Allowances: | N/A | 1 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 37.422215 | 64.00 | 2,395.01 | 712.50 | 26,663.33 |
| NYCT Straight Time Overtime | 37.422215 | 0.32 | 11.98 | 20.75 | 776.52 |
| Scheduled Overtime | 37.422215 | 4.26 | 159.42 | 113.62 | 4,251.92 |
| NYCT O/T Bonus | 18.711108 | 0.34 | 6.36 | 3.35 | 62.66 |
| Sick Pay | 37.422215 | 17.03 | 637.30 | 97.25 | 3,639.32 |
| Night Differential | 1.475775 | 75.95 | 112.08 | 252.90 | 373.22 |
| Other Leave Pmts | | | 0.00 | 5.73 | 214.43 |
| Hol / AVA / Per / Bday | | | 0.00 | 16.00 | 598.76 |
| O/T Bonus - Sched | | | 0.00 | 15.89 | 298.24 |
| Holiday - Cash In | | | 0.00 | 16.00 | 598.76 |
| Vacation Pay | | | 0.00 | 42.58 | 1,593.44 |
| Bonus FLSA Excluded | | | 0.00 | 39.86 | |
| FLSA Adjustments | | | 0.00 | 2.13 | 22.97 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 374.53 | 2,358.67 |
| Fed MED/EE | 47.05 | 553.80 |
| Fed OASDI/EE | 201.19 | 2,367.99 |
| NYS Withholdng | 155.26 | 1,952.45 |
| **TOTAL:** | **778.03** | **7,232.91** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension | 149.50 | 1,760.97 |
| 401K | 20.00 | 220.00 |
| Medical - Represented | 26.34 | 289.74 |
| 457 | 20.00 | 220.00 |
| HealthBenefitContributn | 50.85 | 649.42 |
| **TOTAL:** | **266.69** | **3,140.13** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| StatenIslandCreditUnion | 230.00 | 2,530.00 |
| NYCT-ATU-726 | 50.47 | 513.17 |
| Nycers Loan###(83) | 152.18 | 1,673.98 |
| Disability Deduction | 1.20 | 13.20 |
| Trans America | 80.54 | 885.94 |
| AmalgamTU-Local726 COPE | 5.00 | 55.00 |
| **TOTAL:** | **519.39** | **5,671.29** |

**TOTAL:** 3,322.15   39,132.54

| Taxable Earnings | Current | YTD |
|---|---|---|
| NYS Taxable Earnings | 3,282.15 | 38,692.54 |
| Federal Taxable Earnings | 3,055.46 | 35,992.41 |

Taxable Benefit   Current   YTD

**Leave Balance / PTO**   Hours

**NET PAY DISTRIBUTION**
Advice #000000010308124   $1,758.04

**TOTAL:**   $1,758.04

MESSAGE:

---

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date: 05/25/23
Advice No. 10308124

**Deposit Amount:** $1,758.04

**To the Account(s) Of**
OLEG RUDMAN
544 Pebble Ridge Ct
Langhorne, PA 19053-1936

Location: 39087

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx5202 | $1,758.04 |
| **Total:** | | **$1,758.04** |

**NON-NEGOTIABLE**

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Pay Group: TW7-NYCT Hourly 7
Pay Begin Date: 04/23/23
Pay End Date: 05/06/23

Business Unit: NYCTA
Advice #: 10270814
Advice Date: 05/11/23

| | |
|---|---|
| Oleg Rudman | Department: 3922 L3: 3900 |
| 544 Pebble Ridge Ct | Location: NYCTA |
| Langhorne, PA 19053-1936 | Pay Rate: $37.422215 Hourly |
| Employee ID: 1214258 | Pension #: 688498 |
| Agency Empl ID: 768000 | Pen Gross: $2,694.84 YTD: $35,810.39 |

**TAX DATA:**

| | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Married | |
| Allowances: | N/A | 1 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|
| Regular Pay | 37.422215 | 64.52 | 2,414.48 | 648.50 | 24,268.32 |
| NYCT Straight Time Overtime | 37.422215 | 1.00 | 37.42 | 20.43 | 764.54 |
| Scheduled Overtime | 37.422215 | 3.61 | 135.09 | 109.36 | 4,092.50 |
| NYCT O/T Bonus | 18.711108 | 1.00 | 18.71 | 3.01 | 56.30 |
| Night Differential | 1.475775 | 60.40 | 89.14 | 176.95 | 261.14 |
| Other Leave Pmts | | 0.00 | 0.00 | 5.73 | 214.43 |
| Hol / AVA / Per / Bday | | 0.00 | 0.00 | 16.00 | 598.76 |
| Sick Pay | | 0.00 | 0.00 | 80.22 | 3,002.02 |
| O/T Bonus - Sched | | 0.00 | 0.00 | 15.89 | 298.24 |
| Holiday - Cash In | | 0.00 | 0.00 | 16.00 | 598.76 |
| Vacation Pay | | 0.00 | 0.00 | 42.58 | 1,593.44 |
| Bonus FLSA Excluded | | 0.00 | 0.00 | 2.13 | 39.86 |
| FLSA Adjustments | | 0.00 | 0.00 | | 22.97 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 240.79 | 1,984.14 |
| Fed MED/EE | 37.83 | 506.75 |
| Fed OASDI/EE | 161.75 | 2,166.80 |
| NYS Withholdng | 120.76 | 1,797.19 |
| **TOTAL:** | **561.13** | **6,454.88** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pension | 121.27 | 1,611.47 |
| 401K | 20.00 | 200.00 |
| Medical - Represented | 26.34 | 263.40 |
| 457 | 20.00 | 200.00 |
| HealthBenefitContributn | 59.65 | 598.57 |
| **TOTAL:** | **247.26** | **2,873.44** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| StatenIslandCreditUnion | 230.00 | 2,300.00 |
| NYCT-ATU-726 | 50.47 | 462.70 |
| Nycers Loan###(84) | 152.18 | 1,521.80 |
| Disability Deduction | 1.20 | 12.00 |
| Trans America | 80.54 | 805.40 |
| AmalgamTU-Local726 COPE | 5.00 | 50.00 |
| **TOTAL:** | **519.39** | **5,151.90** |

**TOTAL:** 2,694.84   35,810.39

### Taxable Earnings

| | Current | YTD |
|---|---|---|
| NYS Taxable Earnings | 2,654.84 | 35,410.39 |
| Federal Taxable Earnings | 2,447.58 | 32,936.95 |

**Taxable Benefit** Current / YTD

**Leave Balance / PTO** Hours

### NET PAY DISTRIBUTION
Advice #000000010270814 — $1,367.06
**TOTAL:** $1,367.06

MESSAGE:

---

**New York City Transit**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date: 05/11/23
Advice No. 10270814

**Deposit Amount:** $1,367.06

**To the Account (s) Of**
OLEG RUDMAN
544 Pebble Ridge Ct
Langhorne, PA 19053-1936

Location: 39087

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx5202 | $1,367.06 |
| **Total:** | | **$1,367.06** |

**NON-NEGOTIABLE**