United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11955-amc |
| Oleg Rudman | Chapter 13 |
| Roza Kalish | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: May 03, 2024 | Form ID: 155 | Total Noticed: 79 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Oleg Rudman, Roza Kalish, 544 Pebble Ridge Court, Langhorne, PA 19053-1936 |
| 14795750 | + | InfiBank/First Nation Bank Omaha, Attn: Bankruptcy, Po Box 2490, Omaha, NE 68103-2490 |
| 14795751 | + | InfiBank/First Nation Bank Omaha, P.o. Box 3412, Omaha, NE 68197-0001 |
| 14822051 | + | Nationstar Mortgage LLC, C/O Mario Hanyon, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14795759 | | Raymour & Flanigan, Td Rcs, Columbia, SC 29202 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14796098 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 04 2024 00:09:48 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14811716 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 04 2024 00:09:48 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14795715 | + | Email/Text: ally@ebn.phinsolutions.com | May 03 2024 23:56:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14806248 | | Email/PDF: bncnotices@becket-lee.com | May 04 2024 00:09:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14795716 | + | Email/PDF: bncnotices@becket-lee.com | May 04 2024 00:09:54 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14795717 | + | Email/PDF: bncnotices@becket-lee.com | May 04 2024 00:09:55 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14795718 | + | Email/PDF: bncnotices@becket-lee.com | May 04 2024 00:09:54 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14795719 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:54 | Amex/Bankruptcy, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14795721 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 03 2024 23:56:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14795720 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 03 2024 23:56:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14808716 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 03 2024 23:56:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14795722 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 03 2024 23:56:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14795723 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 03 2024 23:56:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14795725 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Record | | Delivery Method | Time | Recipient |
|---|---|---|---|---|
| 14795724 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2024 00:09:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14796290 | + | Email/Text: bankruptcy@cavps.com | May 04 2024 00:09:54 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14795726 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2024 23:56:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14795727 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:54 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14795732 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:58 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14795731 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:58 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14795734 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:58 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14795733 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:58 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14795736 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:54 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14795735 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:59 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14801268 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:48 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14795737 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14795738 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:59 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14795740 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:58 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14795739 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:49 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14795741 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | May 04 2024 00:09:49 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14795745 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2024 23:56:00 | Citizensone, One Citizens Bank Way, Johnston, RI 02919-1922 |
| 14795744 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2024 23:56:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14795742 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2024 23:56:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14795743 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2024 23:56:00 | Comenity Bank/tyrdvisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14795746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2024 23:56:00 | Comenity Bank/tyrdvisa, Po Box 182120, Columbus, OH 43218-2120 |
| 14795747 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:48 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14795752 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:54 | Costco Citi Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14795748 | | Email/Text: collecadminbankruptcy@fnni.com | May 04 2024 00:09:58 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14795749 | | Email/Text: collecadminbankruptcy@fnni.com | May 03 2024 23:56:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 03 2024 23:56:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 14812235 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 03 2024 23:56:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14795728 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2024 00:09:48 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14795729 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2024 00:09:49 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14795730 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2024 00:09:57 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14800546 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 03 2024 23:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14806148 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2024 00:09:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14795753 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:58 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14809052 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2024 23:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14822052 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 23:56:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14795755 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 23:56:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 14795754 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 23:56:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14813620 | | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 23:56:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14797723 | | ^ MEBN | May 03 2024 23:53:53 | Nationstar Mortgage LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14795756 | + | Email/Text: bnc@nordstrom.com | May 03 2024 23:56:49 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14795757 | + | Email/Text: bnc@nordstrom.com | May 03 2024 23:56:18 | Nordstrom Signature Visa, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 14810551 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2024 00:09:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14795758 | | ^ MEBN | May 03 2024 23:53:38 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14795760 | + | Email/Text: enotifications@santanderconsumerusa.com | May 03 2024 23:56:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14795761 | + | Email/Text: enotifications@santanderconsumerusa.com | May 03 2024 23:56:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 14799662 | + | Email/Text: enotifications@santanderconsumerusa.com | May 03 2024 23:56:00 | Santander Consumer USA, Inc., an Illinois corporation, d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14795762 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2024 00:09:48 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14795763 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2024 00:09:48 | Syncb/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14795764 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2024 00:09:58 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 23-11955-amc   Doc 47   Filed 05/05/24   Entered 05/06/24 00:30:22   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: 155 | Total Noticed: 79 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14795765 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2024 00:09:57 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14795766 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2024 00:09:57 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14795767 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2024 00:09:57 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14795769 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2024 00:09:48 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 14795768 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2024 00:09:48 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14806015 | + | Email/Text: tdebn@credbankserv.com | May 03 2024 23:56:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14795771 | + | Email/Text: bncmail@w-legal.com | May 03 2024 23:56:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14795770 | + | Email/Text: bncmail@w-legal.com | May 03 2024 23:56:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14795772 | + | Email/Text: bncmail@w-legal.com | May 03 2024 23:56:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14795773 | + | Email/Text: bncmail@w-legal.com | May 03 2024 23:56:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 14809466 | + | Email/PDF: ebn_ais@aisinfo.com | May 04 2024 00:09:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14795774 | + | Email/Text: support@ymalaw.com | May 03 2024 23:56:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 74

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14806249 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14800547 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14802619 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14803912 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14806341 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024        Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 5 of 5
Date Rcvd: May 03, 2024 | Form ID: 155 | Total Noticed: 79

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Roza Kalish support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Oleg Rudman support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Oleg Rudman | ) | Case No. 23−11955−amc |
| | ) | |
| | ) | |
|   Roza Kalish | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 3, 2024

For The Court

Ashely M. Chan
Judge, United States Bankruptcy Court