## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>OLEG RUDMAN AND ROZA KALISH<br>      Debtors | Case No. 23-11955-amc |
| Nationstar Mortgage LLC,<br>    Movant | Chapter 13 |
| vs.<br>OLEG RUDMAN AND ROZA KALISH<br>    Respondents | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this 20th day of _____November_____, 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Ashely M Chan
CHIEF BANKRUPTCY JUDGE

OLEG RUDMAN
544 PEBBLE RIDGE COURT
LANGHORNE, PA 19053

ROZA KALISH
544 PEBBLE RIDGE COURT
LANGHORNE, PA 19053

PAUL H. YOUNG
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020

KENNETH E WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street  Suite 320
Philadelphia, PA 19107