U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  OLEG RUDMAN                    :  CHAPTER 13
ROZA KALISH                            :
Debtor(s)                              :  BANKRUPTCY NO. 23-11955AMC

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (docket # 52, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #~~54~~) is **approved**.
#64

Date: Jan. 17, 2025

_____
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE