## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  OLEG RUDMAN                :     CHAPTER 13
        ROZA KALISH                  :
        Debtor                              :     NO. 23-11955AMC

### ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation ("the Application"), filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:
1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $500.00.

Dated: _____

**Date: January 21, 2025**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge