# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>OLEG RUDMAN AND ROZA KALISH | Case No. 23-11955-djb<br>Chapter 13 |
| Nationstar Mortgage LLC,<br>    Movant | |
| vs. | |
| OLEG RUDMAN AND ROZA KALISH,<br>    Debtors | |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

Nationstar Mortgage LLC ("Movant"), by and through its legal counsel, hereby withdraws its CERTIFICATION OF DEFAULT filed on April 4, 2025, Docket Number 73.

This 9th day of May, 2025.

                                                */s/Mario Hanyon*
                                                Andrew Spivack, PA Bar No. 84439
                                                Mario Hanyon, PA Bar No. 203993
                                                Ryan Srnik, PA Bar No. 334854
                                                Jay Jones, PA Bar No. 86657
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                3825 Forrestgate Drive
                                                Winston Salem, NC 27103
                                                Telephone: (844) 856-6646
                                                Facsimile: (704) 369-0760
                                                E-Mail: PABKR@brockandscott.com

23-27732 BKAOD01

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>OLEG RUDMAN AND ROZA KALISH | Case No. 23-11955-djb<br>Chapter 13 |
| Nationstar Mortgage LLC,<br>    Movant | |
| vs. | |
| OLEG RUDMAN AND ROZA KALISH,<br>    Debtors | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on May 11, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Withdrawal of Certification of Default

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: May 11, 2025

                                              */s/Mario Hanyon*
                                              Andrew Spivack, PA Bar No. 84439
                                              Mario Hanyon, PA Bar No. 203993
                                              Ryan Srnik, PA Bar No. 334854
                                              Jay Jones, PA Bar No. 86657
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC
                                              3825 Forrestgate Drive
                                              Winston Salem, NC 27103
                                              Telephone: (844) 856-6646
                                              Facsimile: (704) 369-0760
                                              E-Mail: PABKR@brockandscott.com

23-27732 BKAOD01

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

PAUL H. YOUNG, Debtor's Attorney
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
support@ymalaw.com
Debtor's Attorney

Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee

Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

OLEG RUDMAN
544 PEBBLE RIDGE COURT
LANGHORNE, PA 19053
Debtor

Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

ROZA KALISH
544 PEBBLE RIDGE COURT
LANGHORNE, PA 19053
Debtor

Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

23-27732 BKAOD01