**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                     Case No. 23-11955-djb
                                                           Chapter 13

Roza Kalish
Oleg Rudman

Debtor(s).

### NOTICE OF APPEARANCE

**Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**, a Secured Creditor in the above

styled proceeding, hereby requests that all matters which must be noticed to creditors, any

creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent

by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and

pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing

List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
      Steven K. Eisenberg, Esquire
      Bar No: 75736
      Stern & Eisenberg, PC
      1581 Main Street, Ste. 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: 215-572-8111
      Fax: 215-572-5025
      seisenberg@sterneisenberg.com
      Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 27th day of February, 2026, to the following:

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
ykassoc@gmail.com
***Attorney for Debtor(s)***

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***

U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Roza Kalish
544 Pebble Ridge Court
Langhorne, PA 19053

Oleg Rudman
544 Pebble Ridge Court
Langhorne, PA 19053
***Debtor(s)***

By:        /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire