**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re** | **OLEG RUDMAN** | : | **CHAPTER 13** |
| | **ROZA KALISH** | : | |
| | **Debtor(s)** | : | **BANKRUPTCY NO. 23-11955** |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Oleg Rudman and Roza Kalish, by their attorney, Paul H. Young, Esquire,

hereby objects to the Certification of Default filed by **Rocket Mortgage, LLC s/b/m Nationstar**

**Mortgage LLC** on March 26, 2026.  Debtors believe they can become current on all post-petition

payments due under the November 13, 2024 stipulation with the Lender.

Respectfully submitted,


/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com


Dated: March 27, 2026