*Form 167* (1/25)–doc 101 – 99

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Oleg Rudman | ) | Case No. 23–11955–djb |
| | ) | |
| | ) | |
|   Roza Kalish | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

.

Debtors' Objection to

Certification of Default filed by Rocket Mortgage LLC
s/b/m Nationstar Mortgage LLC


******


Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.


******

on: 5/14/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: March 30, 2026                                      For The Court

                                                         Mohung Wong
                                                         Clerk of Court