United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 23-11955-djb

Oleg Rudman                                                                Chapter 13

Roza Kalish

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                      Page 1 of 2

Date Rcvd: Mar 30, 2026                 Form ID: 167                              Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Oleg Rudman, Roza Kalish, 544 Pebble Ridge Court, Langhorne, PA 19053-1936 |
| cr | + | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 14822051 | + | Nationstar Mortgage LLC, C/O Mario Hanyon, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15109769 | + | Rocket Mortgage, LLC, s/b/m Nationstar Mortgage LLC, Steven K. Eisenberg, Esquire, 1581 Main Street, Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Mar 31 2026 00:18:00 | WENDY LOCKE, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 31 2026 00:17:35 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 31 2026 00:18:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14966103 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2026 00:18:00 | Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 14813620 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2026 00:18:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14797723 | ^ | MEBN | Mar 31 2026 00:13:43 | Nationstar Mortgage LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14975463 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 31 2026 00:18:00 | Nationstar Mortgage LLC, c/o Wendy Locke, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego CA 92108-3808 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

District/off: 0313-2                    User: admin                        Page 2 of 2
Date Rcvd: Mar 30, 2026                 Form ID: 167                        Total Noticed: 11

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Oleg Rudman support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Roza Kalish support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| STEVEN K. EISENBERG | on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 11

*Form 167* (1/25)–doc 101 – 99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Oleg Rudman | ) | Case No. 23–11955–djb |
| | ) | |
| | ) | |
| Roza Kalish | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

.

Debtors' Objection to

Certification of Default filed by Rocket Mortgage LLC
s/b/m Nationstar Mortgage LLC

******

Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

******

on: 5/14/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 30, 2026

For The Court

Mohung Wong
Clerk of Court