**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Oleg Rudman<br>Roza Kalish<br><div align="center">Debtor(s)</div> | Chapter 13<br>Case Number: 23-11955-djb |

## <u>WITHDRAWALOF CERTIFICATION OF DEFAULT</u>

Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its Certification of Default filed on or about March 26, 2026, without prejudice.

Date: June 29, 2026

Respectfully Submitted,

　　*/s/  Daniel P. Jones*
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

**Date**: June 29, 2026

Paul H. Young
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
ykassoc@gmail.com
**Counsel for Debtor**

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Oleg Rudman
544 Pebble Ridge Court
Langhorne, PA 19053

Roza Kalish
544 Pebble Ridge Court
Langhorne, PA 19053
**Debtor(s)**

By:

/s/ Daniel P. Jones
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant