**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **OLEG RUDMAN** | **:** | **CHAPTER 13** |
| | **ROZA KALISH** | **:** | |
| | **Debtor** | **:** | **BANKRUPTCY NO. 23-11955** |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Motion to Modify, docket number 105, filed by YOUNG, MARR & ASSOCIATES.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: July 17, 2026